**FILED**

FEB - 2 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21CR00025SRC/ACL |
| | ) | |
| v. | ) No. | |
| | ) | |
| GLEN O. JOHNSON, | ) | 18 U.S.C. § 922 (g)(1) |
| SHAWNEE M. JOHNSON, | ) | 18 U.S.C. § 922(g)(3) |
| Defendants. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c) |

## INDICTMENT

### Count I

**THE GRAND JURY CHARGES THAT:**

On or about July 10, 2020, in New Madrid County, within the Southeastern Division of the Eastern District of Missouri,

**GLEN O. JOHNSON,**

the defendant herein, did knowingly possess in and affecting interstate commerce a firearm, knowing that he had previously been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### Count II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 10, 2020, in New Madrid County, within the Southeaster Division of the Eastern District of Missouri,

**SHAWNEE M. JOHNSON,**

the defendant herein, knowing that she was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, said firearm having previously traveled in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(3).

### Count III

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 10, 2020, in New Madrid County, within the Southeaster Division of the Eastern District of Missouri,

**SHAWNEE M. JOHNSON,**

the defendant herein, knowingly and intentionally possessed with intent to distribute, marijuana, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### Count IV

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 10, 2020, in New Madrid County, within the Southeaster Division of the Eastern District of Missouri,

**SHAWNEE M. JOHNSON,**

the defendant herein, in furtherance of a drug trafficking crime, for which she may be prosecuted in a Court of the United States, to-wit: Possession of Marijuana with Intent to Distribute, knowingly possessed a firearm in furtherance thereof, to-wit: a Kel-Tec, .380, semi-automatic

pistol, bearing serial number KXP98, in violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
JULIE A. HUNTER, 51612MO
ASSISTANT UNITED STATES ATTORNEY