IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:21CR00025 SRC ) |
| SHAWNEE M. JOHNSON, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO WITHDRAW ITS
REQUEST FOR DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Julie A. Hunter, Assistant United States Attorney for said District, and respectfully requests leave of this Court to allow the Government to withdraw its request for detention and hearing based on the Pretrial Services Report and recommendation recently received by the undersigned. The government recommends a $2,000 unsecured bond for defendant.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

/s/ Julie A. Hunter
JULIE A. HUNTER, #51612MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 5, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jennifer Booth
Attorney for Defendant

                 /s/ *Julie A. Hunter*
                 Julie A. Hunter, #51612MO
                 Assistant United States Attorney